# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### *Pro Se* Non-Prisoner Complaint Form

*[Enter the full name of the plaintiff in this action]*

Thomas S Gladney

_____

v.

*[Enter the full name of each defendant in this action. If possible, please list only one defendant per line.]*

Stanley Greenberg M.D.

Safdar H. Arastu M.D.

_____

_____

_____

_____

_____

_____

)
) Civil Action No.
)_____
) *(to be assigned by Clerk)*
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

RECEIVED
USDC CLERK, COLUMBIA, SC
2018 MAR -9 PM 4: 35

**If allowed by statute, do you wish to have a trial by jury?  Yes ✓      No _____**

*[If any answer requires additional space, please use additional paper and attach hereto.]*

I.  **PREVIOUS LAWSUITS**

A.  *Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?*

Yes _____     No ✓

B.  *If your answer to A is Yes, describe the lawsuit in the space below. [If more than one lawsuit, describe on another sheet of paper using the same outline.]*

1.  *Parties to this previous lawsuit:*
    *Plaintiff:* _____
    *Defendant(s):* _____
2.  *Court:* _____

*(If federal court, name the district; if state court, name the county)*

3.    *Docket Number:* _____

4.    *Name(s) of Judge(s) to whom case was assigned:* _____

5.    *Status of Case:* _____
        *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

6.    *Date lawsuit was filed:* _____

7.    *Date of disposition (if concluded):* _____

C.    *Do you have any other lawsuit(s) pending in the federal court in South Carolina?*

Yes _____    No _____

## II.    PARTIES

*In Item A below, place your name and address in the space provided.  [If additional plaintiffs, do the same on another sheet of paper.]*

A.    Name of Plaintiff: _____

Address: _____

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided.  Use Item C for additional defendants, if any.*

B.    Name of Defendant: _____

Address: _____

C.    *Additional Defendants (provide the same information for each defendant as listed in Item B above):*

_____

_____

_____

_____

_____

_____

_____

_____

## III.    STATEMENT OF CLAIM
*State here, as briefly as possible, the facts of your case.  Describe how each defendant is involved.*

*Include also the name(s) of other persons involved, dates, and places.* **Do not give any legal arguments or cite any cases or statutes.** *If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

III. **STATEMENT OF CLAIM** - *continued.*

Dr cut me up Hernia Sack And Bladder
Still peening on self And miss staple
when I was sewed up

## IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

what Ever is fair

*I declare under penalty of perjury that the foregoing is true and correct.*

Signed this _____3_____ day of _____9_____ , 20__18__.

_____
Signature of Plaintiff