AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Thomas Gladney,<br>*Plaintiff*<br>v.<br>Stanley Greenberg M.D., Safdar H. Arastu M.D.,<br>*Defendants* | )<br>)<br>)  Civil Action No.   3:18-cv-00667-MGL<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ the plaintiff, Thomas Gladney, take nothing of the defendants, Stanley Greenberg M.D. and Safdar H. Arastu M.D., and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, US District Judge, presiding.  The Court having adopted the Report and Recommendation of US Magistrate Judge Shiva V. Hodges, which recommended dismissal.


Date:   April 17, 2018                                           *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/Charles L. Bruorton
                                                                            *Signature of Clerk or Deputy Clerk*